IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD SANDERSON,<br><br>    Petitioner,<br><br>    v.<br><br>BOBBY PHILLIPS, Warden,<br><br>    Respondent. | C 12-01595 EJD (PR)<br><br>**ORDER GRANTING ENLARGEMENT OF TIME TO FILE ANSWER** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an enlargement of time, to and including October 30, 2012, to file an answer to the petition for writ of habeas corpus.

Dated:    9/5/2012

_____
The Honorable Edward J. Davila
United States District Judge