1
2
3
4
5
6
7
8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11

12  **RICHARD SANDERSON,**                     C 12-01595 EJD (PR)

13                              Petitioner,    **ORDER GRANTING ENLARGEMENT**
                                               **OF TIME TO FILE ANSWER**
14          **v.**

15
    **BOBBY PHILLIPS, Warden,**
16
                                Respondent.
17

18

19      GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an

20  enlargement of time, to and including December 29, 2012, to file an answer to the petition for

21  writ of habeas corpus.

22

23  Dated: _____11/2/2012_____          _____

24                                          The Honorable Edward J. Davila
                                            United States District Judge
25

26

27

28

                                              1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICHARD SANDERSON,

                Plaintiff,

   v.

BOBBY PHILLIPS et al,

                Defendant.

_____/

Case Number: CV12-01595 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 2, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Sanderson F-43953
Tallahatchie County Correctional Facility
415 U. S. Highway 49 North
Tutwiler, MS 38963

Dated: November 2, 2012

                          Richard W. Wieking, Clerk
                          /s/ By: Elizabeth Garcia, Deputy Clerk